IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

**BENJAMIN BERMUDEZ,**
**Individually and on behalf of**  **PLAINITFF**
**All Others Similarly Situated**

vs                                    No: 7:18-cv-158

**ALLIED EAGLE TRANSPORTS, LLC**
**and JOSE PENA**                      **DEFENDANTS**

### DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION WITH INCORPORATED BRIEF IN SUPPORT

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COME, Defendants, ALLIDED EAGLE TRANSPORTS, LLC and JOSE PENA (hereinafter called, "Defendants") and files this Defendant's Response to Plaintiff's Motion for Conditional Certification With' Incorporated Brief in Support and states to the Court as follows.

1. As to Defendant's Arabic numbers contained in Plaintiff's Motion the answers are as follows, to wit:

- **Arabic No.1**; Defendants denies and for such reason Defendant's any because there was to be a confidentiality in *Gonzalez vs Allied Eagle Transports, LLC.*, Cause No: 7:17-cv- 111-DC.

- **Arabic No: 2**; Defendants denies. It is the same Defendants and basically, the same case. There was a Confidentiality Agreement signed in the Gonzalez case that now seems to have been violated.

1

- **Arabic No: 3;** Defendants Deny
- **Arabic No: 4;** Defendants Deny
- **Arabic No: 5;** Defendants Deny
- **Arabic No: 6;** Defendants Deny

**AFFIRMATIVE DEFENSE**

2.   The Defendants indicates to allow this case to go through would approve a breach in the Confidentiality Agreement made in the Gonzalez case.

3.   There was attached to the Plaintiff's Motion Cause No: SA-17-CA-FB-HJB, styled David Laney et al vs Redback Energy Services, LLC et al. Why this is associated in this case is bequiver and the Defendant does not understand such.

4.   There is attached to Plaintiff's Motion a Declaration of Benjamin Bermudez. He evidently lives out of State and lives in Florida. There could only be one explanation that a man from Florida would be filing a case in the Western District of Texas and is due to the fact the Confidentiality Agreement was broken and possibly, although it cannot at this time be shown until depositions are taken that the Attorney for the Plaintiff breached the Confidentiality Agreement.

5.   There is attached to Plaintiff's Motion a Declaration of Arturo Morales. He evidently lives in the State of Kansas. There is only one-way Arturo Morales would have known about the Gonzales case was a breach of Confidentiality Agreement. How this happened. The Defendants do not know how this happened.

6. It is requested that a deposition be permitted both of Benjamin Bermudez and Arturo Morales.

7. Defendant denies each and every all in singular all allegations in contained in Plaintiff's Motion.

8. Prayer: As stated above.

Respectfully submitted,

**/s/GERALD K. FUGIT**
Gerald K. Fugit
fugitassist@att.net
GERALD K. FUGIT P.C.
412 N. Texas Avenue
Odessa, Texas 79761
Tel: (432) 332-1661
Fax :(432) 335-0003
State Bar No. 07501000

**Attorney for Defendants**

### CERTIFICATE OF SERVICE

A true and correct copy on this **13TH** day of **December 2018** of the foregoing was filed via CM/ECH systems and the following were automatically notified, to wit:

**CM/ECH josh@sanfordlawfirm.com**
SANFORD LAW FIRM, PLLC
Josh Sanford
One Financial Center
650 South Shackleford Rd, Suite 411
Little Rock, Arkansas

**Email**
Jose Pena

**/s/GERALD K. FUGIT**
Gerald K. Fugi

3